UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
GERALDINE MAHOOD, individually and : Case No. 1:20-CV-03677
on behalf of all others similarly situated, :
:
Plaintiff, :
:
v. :
:
NOOM, INC., :
:
Defendant. :
-------------------------------------- X

## DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Noom, Inc. ("Noom"), certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of Noom's stock.

Dated: New York, New York
       June 1, 2020

                                    COOLEY LLP

                                    By:  /s/Ian Shapiro
                                         Ian Shapiro

                                    55 Hudson Yards
                                    New York, New York  10001
                                    Telephone:   (212) 479-6000
                                    Email:  ishapiro@cooley.com

                                    *Attorneys for Defendant Noom, Inc.*