

Ian Shapiro
T: +1 212 479 6441
ishapiro@cooley.com

June 1, 2020

APPLICATION GRANTED.

The time to answer or otherwise respond to the Complaint is adjourned to July 6, 2020.

Dated: June 2, 2020
　　　New York, New York

Via CM/ECF

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

*Lorna G. Schofield*
**UNITED STATES DISTRICT JUDGE**

Re:    *Mahood v. Noom, Inc.*, Case No. 1:20-cv-03677 (S.D.N.Y.)
　　　 Request for Extension of Time to Respond to Complaint

Dear Judge Schofield:

My firm represents Noom, Inc. ("Defendant") in the above-referenced action.  Defendant respectfully requests a 30-day extension of time to respond to the Complaint.

Defendant's deadline to answer or otherwise respond to the complaint is presently due on June 5, 2020.  The requested extension is the first request for an extension of time.

On May 12, 2020, Plaintiff Geraldine Mahood initiated the action by filing the Complaint (ECF No. 1).  The parties have been in recent communication and Defendant has requested, and Plaintiff has consented to, a thirty (30) day extension of time, up to and including July 6, 2020, for Defendant to investigate and respond to the Complaint.  The request does not affect any other scheduled dates.

Respectfully submitted,

 /s/ Ian Shapiro

Ian Shapiro


IS/dsf