```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/14/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

GERALDINE MAHOOD,

                        Plaintiff,                      20CV3677 (LGS) (KHP)

      -against-                    **ORDER SCHEDULING CASE**
                                                                     **MANAGEMENT CONFERENCE**

NOOM INC.

                        Defendant.

----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for General Pretrial supervision (including scheduling, discovery, non-dispositive pretrial motions, and settlement: ECF #29). A telephonic Case Management conference in this matter is hereby scheduled for **Wednesday, September 9, 2020 at 11:15 a.m.** Counsel is directed to call into the court conference line at the scheduled time. **Please dial (866) 434-5269 Code: 4858267.**

      **SO ORDERED.**

Dated: New York, New York
       August 14, 2020

                                                                     _____
                                                                     KATHARINE H. PARKER
                                                                     United States Magistrate Judge