

August 21, 2020

**Via ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

*[signature]*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
08/21/2020

Re:   *Mahood v. Noom, Inc*, No. 20 Civ. 3677 (LGS) (KHP)

Dear Judge Parker:

On behalf of Plaintiffs and the proposed Class, we write with Defendant's consent to request a two-week extension of the parties' deadline to file their joint letter detailing the remaining disputes as to the electronically stored information protocol ("ESI protocol").

In accordance with Rule I(f) of the Court's Individual Practices in Civil Cases, (1) the current deadline for the parties' joint letter is August 27, 2020 and Plaintiffs request that the deadline be extended by two weeks to September 10, 2020; (2) this is Plaintiffs' first request for an extension of time to file the parties' joint letter and it does not affect any other scheduled dates in this matter; (3) Plaintiffs have not previously requested an extension on this deadline; and (4) Defendant consents to Plaintiffs' request.

The reason for Plaintiffs' request is that while the parties exchanged proposed ESI protocols on July 6 (Plaintiff), July 20 (Defendant), and August 13 (Plaintiff) there remain many unresolved issues. Further, on Wednesday, August 19 Defendant sent Plaintiffs a second proposed ESI protocol that led Plaintiffs to yesterday retain ESI consultants in the hopes of contributing to the parties' ESI discussions and potentially clarifying certain issues and narrowing the parties' differences regarding ESI protocols. To give Plaintiffs, their consultants, and Defendant sufficient time to meet and confer on Defendant's August 19 proposed ESI protocol, and Plaintiffs' forthcoming response thereto, Plaintiffs respectfully request that Your Honor extend to September 10 the deadline for the parties' to submit their joint ESI letter.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/ J. Burkett McInturff
J. Burkett McInturff

cc:  *All counsel of record (via ECF)*