USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GERALDINE MAHOOD,

                            Plaintiff,                      20CV3677 (LGS) (KHP)

        -against-                             ORDER SCHEDULING CASE
                                                                   MANAGEMENT CONFERENCE

NOOM INC.

                            Defendant.

----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Case Management conference in this matter is hereby scheduled for

**Friday, October 16, 2020 at 10:00 a.m.**  Counsel is directed to call into the court conference line

at the scheduled time.  **Please dial (866) 434-5269 Code: 4858267.**

       SO ORDERED.

Dated: New York, New York
       October 13, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge