USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

GERALDINE MAHOOD et al,

                           Plaintiffs,                      20-CV-3677 (LGS) (KHP)

       -against-                               **ORDER SCHEDULING CASE**
                                                                  **MANAGEMENT CONFERENCE**

NOOM INC.

                           Defendant.

----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     A telephonic Case Management conference in this matter is hereby scheduled for **Monday, October 26, 2020 at 4:15 p.m.** Counsel is directed to call into the court conference line at the scheduled time. **Please dial (866) 434-5269 Code: 4858267.**

     SO ORDERED.

Dated: New York, New York
       October 16, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge