

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 10/21/2020

Via CM/ECF

Charles Low
+1 212 479 6859
chlow@cooley.com

October 20, 2020

Defendant's Motion to Temporarily Seal is GRANTED.

**SO ORDERED:**

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

Date: October 21, 2020

The Hon. Katharine H. Parker
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**Re:  Mahood et al. v, Noom, Case No. 20-cv-3677 (LGS) (KHP): Letter Motion for Redaction of Joint Letter and Hearing Transcript**

Dear Judge Parker:

Defendant Noom, Inc. ("Noom") writes to follow up on its October 15, 2020 Letter Motion for Redaction of Joint Letter and Hearing Transcript ("the October 15 Letter").  As noted in the October 15 Letter, the October 13 Hearing Transcript ("Hearing Transcript") was not available at the time the October 15 Letter was filed, and Noom informed the Court it would submit the proposed redactions to the Hearing Transcript as soon as the transcript became available.  (ECF No. 69 at 3 n.2).

The Hearing Transcript is now available, and Noom submits this letter respectfully requesting that the Court redact and seal the designated portions of the Hearing Transcript for the same reasons set forth in its October 15 Letter.

Plaintiffs have since filed their own letter stating that they do not object to temporarily redacting and sealing these portions of the Hearing Transcript, (ECF No. 74), and the Court granted Noom's sealing request in its October 15 Letter, (ECF No. 75).

In accordance with the Court's Individual Practices and the Southern District of New York's Standing Order 19-mc-00583, Noom has filed this letter motion publicly on ECF, and has also filed the proposed redacted Hearing Transcript contemporaneously under seal via ECF.

Sincerely,

*/s/ Charles Low*

Charles Low