USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GERALDINE MAHOOD,

                        Plaintiff,

        -against-

NOOM INC.

                        Defendant.

-----------------------------------------------------------------X

20CV3677 (LGS) (KHP)

**ORDER SCHEDULING CASE**
**MANAGEMENT CONFERENCES**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A series of telephonic Case Management conferences in this matter are hereby scheduled for the following dates. **The parties shall file a joint status letter that includes agenda items three business days in advance of each conference. The letters shall be no more than five pages in length.** Counsel is directed to call into the court conference line at the scheduled times. **Please dial (866) 434-5269 Code: 4858267.**

    **Thursday, February 4, 2021 at 10:00 a.m.**

    **Thursday, March 4, 2021 at 10:00 a.m.**

    **Thursday, April 8, 2021 at 10:00 a.m.**

    **Thursday, May 13, 2021 at 10:00 a.m.**

    **Thursday, June 3, 2021 at 10:00 a.m.**

    **Thursday, July 1, 2021 at 10:00 a.m.**

    **Thursday, August 5, 2021 at 10:00 a.m.**

    **Thursday, September 2, 2021 at 10:00 a.m.**

**Thursday, October 14, 2021 at 10:00 a.m.**

**Thursday, November 4, 2021 at 10:00 a.m.**

**Thursday, December 2. 2021 at 10:00 a.m.**

**SO ORDERED.**

Dated: New York, New York
October 26, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge