UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOJO NICHOLS, SUSAN BREWSTER, DUANE DEA, MARYANNE DERACLEO, KAREN KELLY, REBECCA RICHARDS, JENNIFER SELLERS, and STACY SPENCER,<br><br>*Individually and on Behalf of All Others Similarly Situated*,<br><br>**Plaintiffs**,<br><br>v.<br><br>NOOM, INC., ARTEM PETAKOV, and JOHN DOES 1 TO 5,<br><br>**Defendants**. | No. 20 Civ. 3677 (LGS) (KHP) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Geraldine Mahood, Alexandra Burwood, Melissa Cuevas, and Elvera Honore, through their undersigned counsel, hereby file this Notice of Voluntary Dismissal Without Prejudice as to Defendant Noom, Inc. Ms. Mahood, Ms. Burwood, Ms. Cuevas, and Ms. Honore's Notice is appropriate given that Defendant Noom, Inc. has not answered or filed a Motion for Summary Judgment in this matter. This Notice is filed on behalf of Ms. Mahood, Ms. Burwood, Ms. Cuevas, and Ms. Honore only and does not in any way affect the claims asserted against Defendants Noom, Inc., Artem Petakov, and John Does 1 to 5 by the Named Plaintiffs in the Second Amended Complaint, ECF No. 88, or by the Class defined therein.

Dated: November 10, 2020                                       Respectfully submitted,

**WITTELS MCINTURFF PALIKOVIC**

By:   /s/ Steven L. Wittels
       Steven L. Wittels (SW-8110)
       J. Burkett McInturff (JM-4564)
       Tiasha Palikovic (TP-5697)
       Steven D. Cohen (SC-7243)

       18 Half Mile Road
       Armonk, New York 10504
       Telephone: (914) 319-9945
       Facsimile: (914) 273-2563
       slw@wittelslaw.com
       jbm@wittelslaw.com
       tpalikovic@wittelslaw.com
       sdc@wittelslaw.com

       *Counsel for Ms. Mahood, Ms. Burwood, Ms. Cuevas, and Ms. Honore*