USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GERALDINE MAHOOD, et al.,

                    Plaintiffs,

        -against-

NOOM INC.

                    Defendant.

-----------------------------------------------------------------X

20-CV-3677 (LGS) (KHP)

<u>Order to Seal</u>

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Court, having reviewed the parties' request to seal the entirety of the document submitted at ECF No. 128 in the above-captioned case, grants the request in part. The parties are directed to resubmit the letter previously filed at ECF No. 126 with the following redactions only:

- The third full sentence in Response to Interrogatory No. 1.1;
- The last sentence of the second full paragraph in Response to Interrogatory No. 1.1;
- The entirety of the third (and final) paragraph in Response to Interrogatory No. 1.1;
- The first sentence in Amended Response to Interrogatory No. 1.1;
- The entirety of the second (and final) paragraph in Amended Response to Interrogatory No. 1.1;
- The last sentence in Response to Interrogatory No. 1.4;
- The last sentence in Amended Response to Interrogatory No. 1.4;
- The last sentence in Response to Interrogatory No. 1.9;

- The last sentence in Amended Response to Interrogatory No. 1.9;

- The bulleted list in Response to Interrogatory No. 3.3;

- The bulleted list in Amended Response to Interrogatory No. 3.3; and

- The entirety of Exhibit A.

Because the request concerns information exchanged in discovery, there is a lesser right to public access to the information. To the extent the parties include the information approved for redaction in dispositive motions or trial exhibits and wish for the information to remain under seal, they will need to reapply for permission under the standard applicable to judicial documents.

**In the meantime, the Court respectfully requests that the Clerk of Court seal the document filed at ECF No. 128, limiting access to the parties and the Court.**

SO ORDERED.

Dated: New York, New York
December 22, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge