UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                                 :
GERALDINE MAHOOD, et al.,                 :
                         Plaintiffs,    :
                                                              :      20 Civ. 3677 (LGS)
                 -against-                    :
                                                                 :               <u>ORDER</u>
NOOM, INC., et al.,                               :
                                        Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 14, 2020, the Court issued a Civil Case Management Plan and Scheduling Order (Dkt. No. 32) that *inter alia* directed the parties to file a joint status letter by December 28, 2020.

WHEREAS, the parties have failed file that letter. It is hereby

**ORDERED** that, by **January 7, 2021**, the parties shall file a joint status letter, as outlined in Individual Rule IV.A.2.

Dated: Janaury 4, 2021
        New York, New York

                                                           **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**