UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GERALDINE MAHOOD, et al.,                                   :
                                    Plaintiffs,             :
                                                            :    20 Civ. 3677 (LGS)
            -against-                                       :
                                                            :    ORDER
NOOM, INC., et al.,                                         :
                                    Defendants.             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    The Clerk of Court is respectfully directed to strike the Order at Dkt. No. 138.

Dated: January 5, 2021
    New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**