# Exhibit 1

Thursday, July 30, 2020 at 5:14:41 PM Eastern Daylight Time

**Subject:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Date:** Thursday, July 30, 2020 at 12:01:45 PM Eastern Daylight Time
**From:** Maryanne Deracleo
**To:** Susan J. Russell

----- Forwarded Message -----
**From:** Healthline: Nutrition <newsletter@newsletter.healthline.com>
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Thursday, July 16, 2020, 04:34:51 PM EDT
**Subject:** What Happens If You Eat Too Much Salt?

Healthline Nutrition

Healthline Nutrition

What Happens If You Eat Too Much Salt?

# What Happens If You Eat Too Much Salt?

Ingesting too much salt can have unpleasant effects. This article discusses what happens in your body if you eat too much salt in a day and compares this to the long-term effects of a salt-rich diet.

**READ ON**

What's the Difference Between Barley and Wheat?   Does Japanese Water Therapy Aid Weight Loss?

## What's the Difference Between Barley and Wheat?

## Does Japanese Water Therapy Aid Weight Loss?

READ ON   READ ON

CONFIDENTIAL
MAHOOD_00120

**FOOD HACK**

# How to Peel Garlic

WATCH VIDEO

### 54 Foods You Can Eat on a Gluten-Free Diet

READ ON

### 11 Proven Benefits of Olive Oil

READ ON

**MORE TOP READS**

**ADVERTISEMENT**

## Stop dieting. Start Noom instead

Noom creates long-term results through behavior change, not restrictive dieting. Take the evaluation today and get your free trial.

**GET STARTED**

CONFIDENTIAL
MAHOOD_00121   Page 2 of 3

## Join the Mood Foods Challenge

The 12-day challenge has expert advice and recipes for foods that boost your mood.

Sign Up Now

**Follow Us**

View in browser

Did a friend send you this email? Subscribe here.
To see all newsletters, click here.

Privacy Policy  |  Unsubscribe  |  Get this email less often

© 2020 Healthline Media
660 3rd Street, San Francisco, CA 94107

CONFIDENTIAL
MAHOOD_00122  Page 3 of 3

**Subject:** Fw: Your Noom Receipt
**Date:** Thursday, July 30, 2020 at 11:28:37 AM Eastern Daylight Time
**From:** Maryanne Deracleo
**To:** Susan J. Russell

----- Forwarded Message -----
**From:** Maryanne Deracleo
**To:** sjr@wittelslaaw.com <sjr@wittelslaaw.com>
**Sent:** Thursday, July 30, 2020, 11:23:59 AM EDT
**Subject:** Fw: Your Noom Receipt

----- Forwarded Message -----
**From:** Noom <updates@message.noom.com>
**To:**
**Sent:** Thursday, July 23, 2020, 05:57:51 PM EDT
**Subject:** Your Noom Receipt

Noom Inc
229 W 28th St.
New York, NY 10001
www.noom.com

For more information about your account visit: account.noom.com

Order placed on July 16, 2020.

Thanks for signing up for Noom's Healthy Weight program!

Here's a summary of your subscription:

Noom membership: **6 Months**
Trial start date: **July 16, 2020**
Trial end date: **July 30, 2020**
Payment method: **PayPal**
Renewal date: **Automatic renewal every 6 months after Trial end date**

Your trial will last until **July 30, 2020**. You can cancel anytime before then and will not be charged the total plan amount. No questions asked, no small print.

If you decide Noom is right for you, on **July 30, 2020** you will be charged one payment of **$171.72** (sales tax of $12.72 included) for your **6 month** Noom membership (**$28.62/month**).

Noom will automatically charge your card **$171.72** every **6 months** so you don't lose access to your account. No refunds or credits for partial months. To cancel, simply let your coach know.

**After your trial ends on July 30, 2020, your subscription fee is non-refundable. See our Refund Policy.**

FAQ

**I have a question about my subscription.**
Check out our handy-dandy Supportal! You can view your subscription details any time at account.noom.com.

Questions? Contact our helpful support here

Noom  229 W 28th St  9th Floor  New York NY 10001 USA

**Unsubscribe**

Thursday, July 30, 2020 at 5:05:29 PM Eastern Daylight Time

**Subject:** Fw: Receipt for Your Payment to Noom
**Date:** Thursday, July 30, 2020 at 12:05:47 PM Eastern Daylight Time
**From:** Maryanne Deracleo
**To:** Susan J. Russell

----- Forwarded Message -----
**From:** service@paypal.com <service@paypal.com>
**To:** Maryanne Deracleo
**Sent:** Thursday, July 30, 2020, 05:59:09 AM EDT
**Subject:** Receipt for Your Payment to Noom

paypal

Jul 30, 2020 05:58:37 EDT
Transaction ID: 29S52338K3148302T

**Hello Maryanne Deracleo,**

**You sent a payment of $171.72 USD to Noom (programsupport+paypal@noom.com)**

It may take a few moments for th s transact on to appear  n your account.

**Merchant**
Noom
programsupport+paypa @noom.com
800 595 2981

**Instructions to merchant**
You haven't entered any  nstruct ons.

Eas y send money d rect y to bank accounts around the wor d.

| Descr pt on | Un t pr ce | Qty | Amount |
|---|---|---|---|
| NOOM *PLAN ID c8ksgg | $171.72 USD | 1 | $171.72 USD |
| | | Subtotal | $171.72 USD |
| | | Total | $171.72 USD |
| | | Payment | $171.72 USD |

Payment sent to programsupport+paypa @noom.com

CONFIDENTIAL
MAHOOD_00126

Page 1 of 2

| | Payment sent from | |
|---|---|---|
| | **Funding Sources Used (Total)** | |
| | | $171.72 USD |

**Issues with this transaction?**

You have 180 days from the date of the transaction to open a dispute in the Resolution Center.

Questions? Go to the Help Center at www.paypal.com/help.

**ADDITIONAL INFORMATION**

PayPal, Inc., as the licensee, is liable for non-delivery or delayed delivery of your funds. PayPal, Inc. is licensed to receive and transmit money under New York law.

You have the right to cancel a transaction for a full refund unless your designated recipient has already received the payment. However, since most PayPal payments are received within seconds, you may not be able to cancel your payment for a full refund once the payment is made. To determine whether your payment is eligible for cancellation, log in to PayPal.com, select the transaction in your transaction details, and select Cancel, or call PayPal Customer Service at 888-221-1161. Disputes related to purchases are addressed in PayPal's User Agreement.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click **Help** in the top right corner of any PayPal page or please contact us toll free at 1 888 221 1161. You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your account, go to your Profile, and click **My settings**.

Copyright © 1999-2020 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPX001066:1.1:b9500fa31e3e1

CONFIDENTIAL
MAHOOD_00127