# Exhibit 2



From: Squarespace <no-reply@squarespace.info>
Date: June 6, 2020 at 10:41:55 PM EDT
To: "attorneys@wittelslaw.com" <attorneys@wittelslaw.com>
Subject: Form Submission - Contact Form - Noom Deceptive Practices
Reply-To ▮▮▮▮▮▮▮

Name: Ian Meyer
Email: ▮▮▮▮▮▮▮
Phone Number: ▮▮▮▮▮▮▮
Subject: Noom Deceptive Practices
Message: Greetings!

My name is Ian Meyer, and I used to work at Noom until I left early last year a result of my overall disillusionment over their increasingly sketchy subscription and billing practices.

A couple moments really stick out in my memory: One time a cofounder announced

that they were switching from single purchase to renewable subscriptions, and as current subscriptions ended they would be renewed even though the users had only made a one-time purchase several months before. Needless to say, this drove considerable support volume from people who saw a surprise charge on their bill, in many cases after they no longer used the app or even had it installed.

Closer to the end, the same cofounder announced that after significant effort to reduce the chargeback rate -- that was jeopardizing the ability to take credit cards -- his team had come up with a solution: by charging $1 for the trial, the number of transactions would double and the chargeback rate would cut in half, problem solved! Nevermind all the people who were having billing issues and trying to get their money back.

As a result of that and other behavior, I was not surprised to see the news about the class action come up and in fact was pretty excited. I am a bit apprehensive about getting involved, but if there is any way that I could help get the people some of their money back, it is the least I can do.

Email is the best way to reach me, but you can also get me by phone. If I miss the call, I'll try to get back to you as quickly as possible.

~ian

--
Ian Meyer

(Sent via WMP Law)