# Cooley

Aarti Reddy  
+1 415 693 2103  
areddy@cooley.com

VIA CM/ECF

January 19, 2021

The Honorable Lorna G. Schofield  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re:   Nichols v. Noom, Case No. 20-cv-3677 (LGS) (KHP):  
      Joint Letter Re: [Proposed] Briefing Schedule for Motion to Dismiss

Dear Judge Schofield:

Pursuant to the Court's order (ECF No. 130), the parties propose the following briefing schedule for Defendants' motion to dismiss Plaintiffs' Third Amended Complaint:

- Motion due: February 12, 2021
- Opposition brief due: March 12, 2021
- Reply brief due: March 26, 2021

Sincerely,

/s/ Aarti Reddy  
Aarti Reddy  
*Counsel for Defendants Noom, Inc. and Artem Petakov*

/s/ J. Burkett McInturff  
J. Burkett McInturff  
*Counsel for Plaintiffs and the Proposed Class*