**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

MOJO NICHOLS, et al.,

                         Plaintiffs,

         -against-

NOOM INC., et al.,

                         Defendants.

------------------------------------------------------------------X

**20-CV-3677 (LGS) (KHP)**

**Order**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      Consistent with the Notice of Voluntary Dismissal filed at ECF No. 93 in this case, many of the previously named Plaintiffs have been dismissed from this action, without prejudice. Accordingly, the Court respectfully requests that the Clerk of the Court update the case caption and case information on the docket to reflect the named plaintiffs listed in the Third Amended Complaint at ECF No. 174.

      **SO ORDERED.**

Dated: New York, New York
       February 4, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge