USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/04/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GERALDINE MAHOOD,

                                Plaintiff,                           20CV3677 (LGS) (KHP)

         -against-                                       **ORDER SCHEDULING SETTLEMENT CONFERENCE**

NOOM INC.

                                Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Case Management Conference in this matter scheduled for **Thursday, May 13, 2021 at 10:00 a.m.** is hereby converted to a telephonic settlement conference. Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.** Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice, except that the parties shall be permitted up to 5 pages excluding exhibits and any preliminary proposed term sheets. Pre-conference submissions must be received by the Court no later than **May 6, 2021 by 5:00 p.m.**

    SO ORDERED.

Dated: New York, New York
       February 4, 2021

                                                                    *Katharine H Parker*
                                                                    _____
                                                                    KATHARINE H. PARKER
                                                                    United States Magistrate Judge