UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    MOJO NICHOLS, et al.,
                              Plaintiffs,

                        20 Civ. 3677 (LGS)
              -against-

                        ORDER
    NOOM INC, et al.,
                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 13, 2020, this case was referred to Judge Parker for general pre-trial supervision.  Dkt. No. 29.  It is hereby

      **ORDERED** that the pre-motion conference set for February 11, 2021, at 10:30 A.M. (*see* Dkt. No. 32) is canceled.  Pursuant to the Judge Schofield's Individual Rules, a pre-motion conference will be scheduled when and if Plaintiffs file a pre-motion letter regarding an intended class certification motion, or any party files a pre-motion letter regarding an intended dispositive motion.

Dated: February 8, 2021
       New York, New York

                                                    LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE