UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MOJO NICHOLS, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**NOOM, INC., et al.,**<br><br>Defendants. | No. 20 Civ. 3677 (LGS) (KHP)<br><br>[PROPOSED] ORDER |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

**WHEREAS**, Plaintiffs, having moved to modify the Stipulation and Protective Order, and

**WHEREAS**, the Court having considered the Motion and any opposition there to,

**IT IS HEREBY ORDERED** on this _____ day of _____, 2021 that:

1. The motion is **GRANTED**; AND

2. Paragraph 2 of the Stipulation and Protective Order, ECF No. 58, is hereby **MODIFIED** to state as follows: "The Confidential Information disclosed will be held and used by the person receiving such information solely for use in connection with the action or any other action commenced by a party that involves the same or similar transactions or occurrences that gave rise to the action."

**SO ORDERED.**

_____
KATHARINE H. PARKER
United States Magistrate Judge