```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MOJO NICHOLS, et al.,

                            Plaintiffs,

        -against-

NOOM INC., et al.,

                            Defendants.

-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2021

20-CV-3677 (LGS) (KHP)

**Post-Conference Order**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Consistent with the telephonic case management conference held on March 4, 2021 in the above-captioned matter, the parties are directed and advised as follows:

**Scheduling:**

**A telephonic case management conference is hereby scheduled to take place on March 23, 2021 at 10:00 a.m.**  Counsel for the parties are directed to call (866) 434-5269; access code: 4858267 at the scheduled time.

**Further, the conference previously scheduled to take place on April 8, 2021 in this case is hereby adjourned to April 13, 2021 at 11:00 a.m.**  Counsel should also use the dial-in information outlined above for this conference.

**Motion for Clarification**

Plaintiffs will be permitted to submit a declaration in support of their motion to clarify the Court's orders regarding the production of hyperlinks.  (*See* ECF No. 214.)  As noted on the

record, Plaintiffs must submit this supplemental declaration by no later than **March 8, 2021**. Once received, the Court will issue a ruling on this motion in due course.

**Additional Directives**

As discussed, in order to accelerate the production of documents, counsel for Noom should investigate whether Noom's already-designated custodians can easily identify documents that are likely responsive to Plaintiffs' discovery requests, prior to application of search terms. To the extent that these custodians can identify any such documents that can be efficiently collected and produced, Noom should endeavor to prioritize their review and production.

Further, the deadline for finalizing search terms is March 23, 2021. The parties should prioritize this over additional custodians because additional custodians can be added later, if reasonable to add them. The parties shall be prepared to report on a proposed prioritization of topics from custodians that will be reviewed and produced on a rolling basis and an anticipated timeline for the production of those documents at the March 23, 2021 conference.

The parties are directed to the conference transcript for other rulings and directives of the Court.

**SO ORDERED.**

Dated: New York, New York
March 4, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge