UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                               :
GERALDINE MAHOOD, et al.,                   :
                       Plaintiffs,               :
                                               :               20 Civ. 3677 (LGS)
                -against-                      :
                                               :                    <u>ORDER</u>
NOOM INC., et al.,                             :
                       Defendants.        :
------------------------------------------------------------ X

        WHEREAS, on April 1, 2021, Defendants filed a letter requesting that the Court approve redactions of confidential information contained in Plaintiffs' Memorandum of Law in support of their opposition to Defendants' motion to dismiss. *See* Dkt. Nos. 245, 256.

        WHEREAS, on April 3, 2021, Plaintiffs filed a letter requesting that the Court approve redactions of confidential information contained in Plaintiffs' objections to Judge Parker's discovery order at Dkt. No. 239. Dkt. No. 263.

        WHEREAS, although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). One competing consideration is an interest in protecting confidential business information. *See Standard Inv. Chartered, Inc. v. Financial Indus. Regul. Auth., Ind.*, 347 F. App'x 615, 517 (2d Cir. 2009) (summary order); *accord Royal Park Invs. SA/NV v. Wells Fargo Bank, N.A.*, No. 14 Civ. 9764, 2018 WL 739580, at *18 (S.D.N.Y. Jan. 10, 2018). It is hereby

        **ORDERED** that, parties' respective applications to approve redactions are **GRANTED**. The unredacted versions of Plaintiffs' Memorandum of Law and Plaintiffs' objections filed at Dkt. Nos. 246 and 264 will remain sealed, and only the parties and individuals identified in the attached Appendix A of the letters at Dkt. Nos. 245 and 263 will have access. Filing the above-referenced documents in redacted form is necessary to prevent the unauthorized dissemination of confidential business information. It is further

        **ORDERED** that, by **April 20, 2021**, Defendants shall file a response to Plaintiffs' objections to Judge

Parker's discovery order not to exceed 25 double spaced pages.  No reply shall be filed unless requested by the Court.

The parties are advised that the Court retains unfettered discretion whether or not to afford confidential treatment to any Confidential Document or information contained in any Confidential Document submitted to the Court in connection with any motion, application, or proceeding that may result in an order and/or decision by the Court.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 245, 256, 263.

Dated: April 6, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE