USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GERALDINE MAHOOD,

                              Plaintiff,

          -against-

NOOM INC.

                            Defendant.
-------------------------------------------------------------------X

20CV3677 (LGS) (KHP)

**ORDER CONVERTING SETTLEMENT CONFERENCE TO VIDEO**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The telephonic Settlement Conference in this matter scheduled for **Thursday, May 13, 2021 at 10:00 a.m.** is hereby converted to Microsoft Teams. Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than **May 10, 2021 by 5:00 p.m.**

      SO ORDERED.

Dated: New York, New York
      April 29, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge