UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

GERALDINE MAHOOD,

                         Plaintiff,

        -against-

NOOM INC.

                         Defendant.

-----------------------------------------------------------------X

20CV3677 (LGS) (KHP)

ORDER CONVERTING CASE MANAGEMET CONFERENCE TO VIDEO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The telephonic Case Management Conference in this matter scheduled for **Thursday, June 3, 2021 at 10:00 a.m.** is hereby converted to Microsoft Teams. Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.

      SO ORDERED.

Dated: New York, New York
       May 12, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge