

May 20, 2021

**Via ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2021
```

Re:   *Nichols, et al., v. Noom, Inc., et al.*, No. 20 Civ. 3677 (LGS) (KHP)

Dear Judge Parker:

      We write jointly on behalf of Plaintiffs and the proposed Class and Defendants Noom, Inc. and Artem Petakov ("Defendants" or "Noom") pursuant to Your Honor's instructions at the end of the May 13, 2021 conference that the parties meet-and-confer to discuss the inclusion of additional metadata fields to be provided with Defendants' sampling of Zendesk tickets. The parties provide this update to inform the Court that they have met-and-conferred and have reached agreement as to the metadata fields that will be included as part of the Zendesk ticket sample. Accordingly, this issue has been resolved and the parties do not require further guidance from the Court at this time regarding Defendants' sampling.

> The Court thanks the parties for this update and commends the parties for reaching a resolution through the meet and confer process.

*[signature]*
KATHARINE H. PARKER
United States Magistrate Judge
Date: May 20, 2021

Respectfully submitted,

/s/ J. Burkett McInturff
J. Burkett McInturff

*Counsel for Plaintiffs and the Proposed Class*

/s/ Aarti Reddy
Aarti Reddy

*Counsel for Defendants Noom, Inc. and Artem Petakov*

cc:   All Counsel of Record (*Via ECF*)