UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GERALDINE MAHOOD,

                        Plaintiff,

        -against-

NOOM INC.

                        Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/27/2021

20CV3677 (LGS) (KHP)

**ORDER SCHEDULING CASE MANAGEMET CONFERENCE BY VIDEO**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    A Case Management Conference in this matter utilizing Microsoft Teams is hereby scheduled for **Wednesday, June 16, 2021 at 10:00 a.m.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.

    **SO ORDERED.**

Dated: New York, New York
       May 27, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge