USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NICHOLS, et al.,

                              Plaintiffs,

        -against-

NOOM INC., et al.,

                              Defendants.
-----------------------------------------------------------------X

20CV3677 (LGS) (KHP)

ORDER SCHEDULING SETTLEMENT CONFERENCES

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       Settlement conferences in this matter are hereby scheduled for **Monday, September 13, 2021 at 10:00 a.m.** and **Tuesday, September 14, 2021 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **September 7, 2021 by 5:00 p.m.**

       SO ORDERED.

Dated: New York, New York
       June 15, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge