**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

NICHOLS, et al.,

                                              Plaintiffs,

                    -against-

NOOM INC., et al.,

                                              Defendants.

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:_____**
**DATE FILED:__06/16/2021__**

**20CV3677 (LGS) (KHP)**

**ORDER CONVERTING CASE**
**MANAGEMENT CONFERENCES TO**
**IN PERSON PROCEEDINGS**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        The Following previously scheduled telephonic Case Management conferences in this matter are  hereby converted to in person proceedings and will be in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**. The parties shall file a joint status letter that includes agenda items three business days in advance of each conference.  The letters shall be no more than five pages in length.

        **Thursday, July 1, 2021 at 10:00 a.m.**

        **Thursday, August 5, 2021 at 10:00 a.m.**

        **Thursday, September 2, 2021 at 10:00 a.m.**

        **Thursday, October 14, 2021 at 10:00 a.m.**

        **Thursday, November 4, 2021 at 10:00 a.m.**

        **Thursday, December 2. 2021 at 10:00 a.m.**

**SO ORDERED.**

Dated: New York, New York
       June 16, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge