UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MOJO NICHOLS, et al.,

                              Plaintiffs,

        -against-

NOOM INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**20-CV-3677 (LGS) (KHP)**

**Order**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Court recently issued a Scheduling Order converting numerous case management conferences to in-person proceedings. (ECF No. 345.) In that same order, the Court set forth guidelines pertaining to the filing of joint agenda letters. The parties are hereby directed to disregard that latter portion of ECF No. 345 and are hereby directed to continue adhering to the procedures set forth at ECF No. 145 for all agenda letters to be submitted in advance of the forthcoming in-person conferences.

      **SO ORDERED.**

Dated: New York, New York
       June 16, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge