UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

MOJO NICHOLS, et al.,

                                 Plaintiffs,

                -against-

NOOM INC., et al.,

                                Defendants.

----------------------------------------------------------------X

20-CV-3677 (LGS) (KHP)

**Order**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In accordance with the Court's directives at the July 1, 2021 case management conference in the above-referenced matter, the Court hereby extends the deadlines for the two imminent discovery motions contemplated by the parties.

      With respect to the parties' dispute concerning Noom's objections to Plaintiffs' interrogatories and document requests, Plaintiffs' motion to compel is now due by no later than **July 7, 2021**. Noom's opposition to that motion is now due **July 21, 2021**. No reply will be permitted.

      With respect to the parties' dispute concerning Plaintiffs' right to use personal identifying information gleaned from Noom's document production in order to contact putative class members, Noom's motion for a protective order is now due **July 7, 2021**. Plaintiffs' opposition to that motion is now due **July 21, 2021**. No reply will be permitted.

      The parties are directed to the transcript from the July 1, 2021 conference for additional directives and rulings of the Court.

**SO ORDERED.**

Dated: New York, New York
  July 1, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge