# Exhibit N

# Preliminary analysis of the Noom.com sign-up and cancellation user journeys

PRELIMINARY REPORT FOR MEDIATION PURPOSES ONLY

DRAFT WORK PRODUCT. Harry Brignull, 14 December 2020

# Table of contents


Preliminary analysis of the Noom.com sign-up and cancellation user journeys 1

Table of contents 2

1.0 Background 4

1.1 Qualifications 4

1.2 An introduction to Dark Patterns 5

1.3 The role of mental fatigue in attention and decision-making 7

1.4 Types of Dark Patterns 8

1.4.1 The "Hidden Costs" Dark Pattern 11

1.4.2 The "Hidden Subscription," "Hard to Cancel," "Forced Continuity" and "Roach Motel" Dark Patterns 12

1.4.3 "Urgency" and the "Deceptive Countdown Timer" Dark Patterns 12

1.4.4 "Misdirection" and the "Trick Wording" Dark Patterns 13

1.4.5 The Visual Interference Dark Pattern 13

2.0 Documents and materials considered 14

3.0 Evaluation of the Noom.com sign up journey 15

3.1 Overview 15

3.2 Method 17

3.3 Findings 18

3.3.1 Noom uses the Hidden Subscription Dark Pattern in the trial sign up journey 18

3.3.2 Noom uses the Trick Wording and Visual Interference Dark Patterns on its payment page 19

3.3.3 Noom uses the Deceptive Countdown Timer Dark Pattern on its payment page 21

3.3.4 Noom uses delay tactics to add Mental Fatigue in the first 57 steps of the sign up journey 22

3.3.5 Noom uses the Trick Wording Dark Pattern in showing users their weight loss goal date becoming progressively nearer 27

4.0 Evaluation of the Noom cancellation journey 29

4.1 Overview 29

4.2 Method 30

4.3 Findings 30

4.3.1 Noom uses the Hidden Subscription Dark Pattern during and after the trial period 30

4.3.2 Noom uses the Hard to Cancel Dark Pattern 34

5.0 Summary 36

References 38

# 1.0 Background

## 1.1 Qualifications

I hold a Doctor of Philosophy (PhD) degree in Cognitive Science from Sussex University in the United Kingdom where I researched the psychology of user behavior for the design of large interactive displays. I also have a Master of Science (MSc) degree in Human-Centered Computer Systems from Sussex University. Since 2005, I have advised numerous organizations as a user experience specialist, including Spotify Technology, Pearson Education, HM Revenue & Customs, Smart Pension and The Telegraph, among others. In this capacity, I bring a set of methods and best practices for understanding user behavior and psychology, helping organizations design software to ensure it is clear and easy to use while considering the needs of the users and the business together. Additionally, in prior roles I have provided User Centered Design (UCD) training to organizations like Nokia and British Airways. Attached to this preliminary analysis as Exhibit A is a true and correct copy of my resume.

I am perhaps best known for my work in coining the term "Dark Patterns"—which are deceptive design techniques used in websites and mobile applications ("apps") to trick users into doing things unintentionally. For example, common Dark Patterns include imposing hidden costs that only appear at the last stage of a checkout process or making it unnecessarily difficult to cancel a subscription service in which the user did not intend to enroll. In 2010, I formed the website darkpatterns.org as part of an initiative to bring public awareness to common types of Dark Patterns and help stamp out deceptive design practices. My initiative has been successful, with the concept of Dark Patterns now being well known internationally. For example, Dark Patterns are cited in various books on design, ethics and privacy, they are researched by a number of academic researchers, and the concept at the center of the bipartisan DETOUR (Deceptive Experiences to Online User Reduction) Act introduced before the United States Senate in April 2019.

I have been cited as an expert on the subject of Dark Patterns by numerous media outlets, including The Wall Street Journal, Vox, The New York Times, The Financial Times, Gizmodo, The Atlantic, Fast Company, Ars Technica, British Broadcasting Corporation (BBC), and Consumer Reports. *See* Ex. A at 6. I have also published articles relating to Dark Patterns and deceptive design practices as set forth in my resume. *Id*. at 4. I write this preliminary analysis in my capacity as an independent expert on Dark Patterns.

## 1.2 An introduction to Dark Patterns

"Dark Patterns" are design techniques used in websites and software applications that manipulate or deceive users into taking actions. For example, a user might be manipulated into buying something they would not otherwise have chosen; or a user might be deceived into signing up to something without understanding the nature of the agreement.

In general, Dark Patterns are techniques that take advantage of the natural frailties of the human mind. As humans, our attention, judgement and decision-making powers are naturally limited. We are not able to process all of the information presented to us in our lives, so we use mental shortcuts ("heuristics") to enable us to cope and survive. These shortcuts often leave us prone to making certain categories of mistakes. These are commonly known as "cognitive biases" (Tversky & Kahneman, 1974).

In the field of cognitive psychology, academics and researchers have worked on improving our understanding of the frailties of the human mind for many decades (*e.g.*, Arkes & Ayton, 1999; Banerjee, 1992; Johnson et al., 2002; Simon, 1986; Thaler & Sunstein, 2008). Generally the goal of this kind of research is to help us avoid the mistakes we are naturally prone to making. For example, in the field of human factors and ergonomics, the principles of cognitive psychology are applied in the design of safety critical systems like airline cockpits, and in the analysis of accidents to help avoid them happening again (Beaty, 2006).

However, this understanding of human frailties can be used to take advantage of people through

manipulation and deception. Manipulation and deception have always been a part of human commerce, and our legal systems have been developed to prevent the most unfair and exploitative aspects. However, since the advent of the internet in the 1990s, the digital revolution has accelerated to a rate that makes it hard for our legal systems to keep up.

Digital technology makes it easy to manage, measure and industrialise the use of manipulative and deceptive techniques in a manner that was not possible before. Complex commercial experiences can now be deployed to consumers in a manner that is difficult for third parties or governing bodies to investigate. Up until recently, we did not have adequate terminology to describe such practices, nor were they a popular subject of academic or legal study. My work in coining the term “Dark Patterns” and setting up the website darkpatterns.org (H. Brignull, 2010) stimulated a turning point in the digital industry. The industry started to recognise that these unethical, deceptive practices were becoming commonplace, and that something should be done about them.

Dark Patterns can be thought of as an unscrupulous application of findings from psychological research. Consider the field of human factors and ergonomics. Its goal is to reduce human error, increase safety and increase productivity. The idea, in a nutshell, is to understand how human minds work and then to use those insights to help people using tools or systems. For example, human factors research in aviation strives to understand the causes of accidents, in order to make aviation systems safer. In the book “The Naked Pilot: The Human Factor in Aircraft Accidents” (Beaty, 2006), author David Beaty explains that “[n]early all civil aircraft accidents are due to simple mistakes and errors which arise out of our human condition and are common to each and every one of us, in varying degrees and at varying times” (p.27).

These biases and common weaknesses are like an “Achilles heel” for humankind. They are vulnerabilities that can be taken advantage of, analogous to the way hackers can take advantage of vulnerabilities in computer systems. Professional psychologists have long been aware that their work can be applied to manipulate or harm people. The American Psychology Association’s Ethics Code includes the principles of “Beneficence and Nonmaleficence,”

"Fidelity and Responsibility," "Integrity," "Justice" and "Respect for People's Rights and Dignity," and cautions that "[b]ecause psychologists' scientific and professional judgments and actions may affect the lives of others," they must be "alert to and guard against personal, financial, social, organizational, or political factors that might lead to misuse of their influence" ("Ethical Principles of Psychologists and Code of Conduct," 2017).

With the rise of the tech industry in the 21st century, most aspects of our lives and societies now involve online interaction. Tech companies have developed a growing interest in the fields of psychology and human factors and ergonomics with the hope of commercial gain. This pairing of insights into human psychology with commercial motives can lead to harmful outcomes.

## 1.3 The role of mental fatigue in attention and decision-making

Mental fatigue is a form of tiredness that results in a decline in mental performance (Hockey, 2011). It can be caused by prolonged mental or physical exertion. It can also be caused by brain injury and is more common among older adults and young children (Holtzer et al., 2011).

Put simply, humans don't always operate at peak cognitive performance. If we are well-rested and fresh, we are more likely to perform better in decision-making tasks. If tired, we are more prone to overlook information or fail to reason effectively about the information presented to us.

Dark Pattern designers may choose to take advantage of this. They may purposefully design experiences to require more mental exertion than necessary as a way to create mental fatigue. Numerous steps, complex visual design, tricky language and unpredictable page layouts can be employed, resulting in mental fatigue. Similarly, timers and delays can slow down the user's progress, forcing them to spend more time on the task and thereby exhausting their mental resources. Once in this weakened state, manipulation and deception is easier to achieve. An example of this is known as "the fast forward trick" (Podestà, 2017) where a user is taken through a number of very similar steps which serve to increase mental fatigue and impatience, as

depicted in figure 1, below. Then, in a later step the function of the main button on the page changes from something innocuous (such as "continue") to something unexpected and substantive (such as "sign up" or "buy"). This catches the user off guard and they may end up clicking the button without understanding what they have done. This is a variation of the "Misdirection" Dark Pattern (Brignull, 2010; Mathur et al., 2019).




**Figure 1: the "fast forward trick" (Podestà, 2017)**

## 1.4 Types of Dark Patterns

A number of researchers have put forward taxonomies of Dark Patterns. The first taxonomy of Dark Patterns was created by the author of this report, Harry Brignull (2010). It is listed below and further details are available on the website darkpatterns.org.

| Type of Dark Pattern | Description |
|---|---|
| Bait and Switch | You set out to do one thing, but a different, undesirable thing happens instead. |
| Disguised Ad | Adverts that are disguised as other kinds of content or navigation, in order to get you to click on them. |
| Forced Continuity | When your free trial with a service comes to an end and your credit card silently starts getting charged without any warning. In some cases, this is made even worse by making it difficult to cancel the membership. |
| Friend Spam | The product asks for your email or social media permissions under the pretence that it will be used for a desirable outcome (*e.g.*, finding friends), but then spams all your contacts in a message that claims to be from you. |
| Hidden Cost | You get to the last step of the checkout process, only to discover some unexpected charges have appeared, *e.g.*, delivery charges, tax, etc. |

| | |
|---|---|
| Misdirection | The design purposefully focuses your attention on one thing in order to distract your attention from another. |
| Price Comparison Prevention | The retailer makes it hard for you to compare the price of an item with another item, so you cannot make an informed decision. |
| Privacy Zuckering | You are tricked into publicly sharing more information about yourself than you really intended to. Named after Facebook CEO Mark Zuckerberg. |
| Roach Motel | The design makes it very easy for you to get into a certain situation, but then makes it hard for you to get out of it (*e.g.*, a subscription). |
| Sneak into Basket | You attempt to purchase something, but somewhere in the purchasing journey the site sneaks an additional item into your basket, often through the use of an opt-out radio button or checkbox on a prior page. |
| Trick Questions | You respond to a question, which, when glanced upon quickly appears to ask one thing, but if read carefully, asks another thing entirely. |

**Table 1: Taxonomy of Dark Patterns from darkpatterns.org (Brignull, 2010)**

Other taxonomies have been created by other researchers. For example:

- Conti and Sobiesk (2010) propose a taxonomy of broad, overarching concepts: coercion, confusion, distraction, interruption and obfuscation.
- Bösch (2016) proposes a taxonomy of privacy-related concepts, including “forced registration,” “immortal accounts” and “address book leeching.”
- Gray et al. (2018) propose a taxonomy of four concepts: “nagging,” “obstruction,” “sneaking,” “interface interference” and “forced action.”
- Zagal et al. (2013) propose a taxonomy of Dark Patterns used in gaming, including “grinding,” “pay to skip” and “monetized rivalries”

The above taxonomies are based on relatively small ranges of examples. However, there is one particular taxonomy of Dark Patterns, published in the paper “Dark Patterns at Scale: Findings from a Crawl of 11K Shopping Websites” (Mathur et al., 2019), that relies on a wide body of real-world data. In their research, Mathur et al. (2019) analyzed ≈53,000 product pages on ≈11,000 websites using a machine learning algorithm. They found 1,818 instances of Dark Patterns. Further analysis led them to classify these instances in a taxonomy—each with

numerous examples, proving that these Dark Patterns are real and commonplace. Given the volume of evidence, I will primarily use this taxonomy in this analysis, alongside the Brignull (2010) taxonomy, as appropriate. The Mathur et al. (2019) taxonomy can be seen in Table 2 below.

| Category | Type | Description | Cognitive Biases |
|---|---|---|---|
| **Sneaking** | Sneak into Basket | Adding additional products to users' shopping carts without their consent | Default Effect |
| | Hidden Costs | Revealing previously undisclosed charges to users right before they make a purchase | Sunk Cost Fallacy |
| | Hidden Subscription | Charging users a recurring fee under the pretense of a one-time fee or a free trial | None |
| **Urgency** | Countdown Timer | Indicating to users that a deal or discount will expire using a counting-down timer | Scarcity Bias |
| | Limited-time Message | Indicating to users that a deal or sale will expire soon without specifying a deadline | Scarcity Bias |
| **Misdirection** | Confirmshaming | Using language and emotion (shame) to steer users away from making a certain choice | Framing Effect |
| | Visual Interference | Using style and visual presentation to steer users to or away from certain choices | Anchoring & Framing Effect |
| | Trick wording | Using confusing language to steer users into making certain choices | Default & Framing Effect |
| | Pressured Selling | Pre-selecting more expensive variations of a product, or pressuring the user to accept the more expensive variations of a product and related products | Anchoring & Default Effect, Scarcity Bias |
| **Social Proof** | Activity Message | Informing the user about the activity on the website (*e.g.*, purchases, views, visits) | Bandwagon Effect |
| | Testimonials | Testimonials on a product page whose origin is unclear | Bandwagon Effect |
| **Scarcity** | Low-stock Message | Indicating to users that limited quantities of a product are available, increasing its desirability | Scarcity Bias |
| | High-demand Message | Indicating to users that a product is in high demand and likely to sell out soon, increasing its desirability | Scarcity Bias |

| | | | |
|---|---|---|---|
| **Obstruction** | Hard to Cancel | Making it easy for the user to sign up for a service but hard to cancel it | None |
| **Forced Action** | Forced Enrolment | Coercing users to create accounts or share their information to complete their tasks | None |

**Table 2: Taxonomy of Dark Patterns based on evidence from 11,000 websites (Mathur et al., 2019, p.12)**

Certain types of Dark Pattern are particularly relevant to this analysis. These types are explained in the following subsections.

### 1.4.1 The "Hidden Costs" Dark Pattern

The **Hidden Costs** Dark Pattern (Brignull, 2010, Mathur et al., 2019) occurs when "[y]ou get to the last step of the checkout process, only to discover some unexpected charges have appeared, e.g. delivery charges, tax, etc." (Brignull, 2010). A related Dark Pattern is known as "Bait and Switch" (Brignull, 2010), where "[y]ou set out to do one thing, but a different, undesirable thing happens instead." In their 2019 research paper, Mathur et al. provide the example of a user ordering a bunch of flowers on proflowers.com, where an additional "Care and Handling" charge suddenly appears in the checkout on top of the cost of the item, tax and delivery charge, having not been mentioned anywhere on previous steps.

### 1.4.2 The "Hidden Subscription," "Hard to Cancel," "Forced Continuity" and "Roach Motel" Dark Patterns

The **Hidden Subscription** Dark Pattern involves charging "users a recurring fee under the pretense of a one-time fee or a free trial. Often, if at all, users become aware of the recurring fee once they are charged several days or months after their purchase." (Mathur et al., 2019). This is often combined with the **Hard to Cancel** Dark Pattern "making the recurring charges harder to cancel than signing up for them." (Mathur et al., 2019). Mathur et al. provide the example of a user attempting to buy wine from wsjwine.com, and in choosing to add free shipping, they inadvertently sign up for an $89 subscription service that renews annually.

Within the Brignull, 2010 taxonomy, this is referred to as "Forced Continuity:" "[w]hen your free trial with a service comes to an end and your credit card silently starts getting charged without any warning. In some cases this is made even worse by making it difficult to cancel the membership." (Brignull, 2010)

Another related Dark Pattern is **Roach Motel**, where "[t]he design makes it very easy for you to get into a certain situation, but then makes it hard for you to get out of it (*e.g.* a subscription)." (Brignull, 2010).

### 1.4.3 "Urgency" and the "Deceptive Countdown Timer" Dark Patterns

Mathur et al. (2019) write about the **Urgency** Dark Pattern in their 2019 research paper. According to the authors, "'[u]rgency' refers to the category of dark patterns that impose a deadline on a sale or deal, thereby accelerating user decision-making and purchases. Urgency dark patterns exploit the scarcity bias in users—making discounts and offers more desirable than they would otherwise be, and signaling that inaction would result in losing out on potential savings." (internal references omitted).

The **Deceptive Countdown Timer** Dark Pattern is typically a countdown clock that appears on

screen, pressuring the user to hurry up and complete a transaction otherwise the offer will be lost. In the words of Mathur et al. (2019), "[w]e considered a countdown timer deceptive if (1) the timer reset after timeout with the same offer still valid, or (2) the timer expired but the offer it claimed was expiring was still valid even following expiration."

### 1.4.4 "Misdirection" and the "Trick Wording" Dark Patterns

**Misdirection** is a category of Dark Pattern that "uses visuals, language, and emotion to steer users toward or away from making a particular choice." (Mathur et al., 2019). The **Trick Wording** Dark Pattern is a type of misdirection. It uses "confusing language to steer users into making certain choices" (Mathur et al., 2019) and "[w]hen glanced upon quickly the question appears to ask one thing, but when read carefully it asks another thing entirely" (Brignull, 2010). This Dark Pattern label was originally called "trick questions" (Brignull, 2010, Mathur et al., 2019), but has been relabeled to "trick wording" for the purpose of this report, since manipulative or deceptive language is not always phrased as a question.

### 1.4.5 The Visual Interference Dark Pattern

The **Visual Interference** Dark Pattern is a type of misdirection. It involves "[u]sing style and visual presentation to steer users to or away from certain choices." (Mathur et al., 2019). It "purposefully focuses your attention on one thing in order to distract your attention from another" (Brignull, 2010). Mathur et al. (2019) provide an example of Visual Interference from greenfingers.com, where the option to opt out of marketing communication is presented as pale gray text on a white background, "making it seem unavailable even though it can be clicked."

# 2.0 Documents and materials considered

I considered the following documents as the bases for my analysis:

- **Defendants' Second Amended Responses And Objections To Plaintiffs' Interrogatory Nos. 1.1, 1.4 And 1.9** (2020-11-24)
- **First Amended Class Action Complaint** (Case No. 20-cv-03677-LGS, ECF No. 22, Filed 07/30/20)
- **Second Amended Class Action Complaint** (Case No. 20-cv-03677-LGS-KHP, ECF No. 88, Filed 11/05/20)
- **Supporting Data for Amended Interrogatory Response** (Spreadsheet, filename: [redacted])
- **NOOM00000031–88** (a sequence of screenshots showing the Noom.com Signup flow from September 2020 produced in this litigation)
- **Ex23 Reduce Program Duration + Autorenew** (dated 2/22/2017, Exhibit B to A. Reddy Letter to S. Wittels, 6 Nov. 2020)
- **MAHOOD_00001–29** (Plaintiff Mojo Nichols' Noom-related documents produced in this litigation)

I also attended the deposition of Noom Senior Data Scientist Paul Shaffer on 3 December 2020 and received a rough draft of the transcript (filename: December 3, 2020 Rough Paul Schaffer.pdf).

In addition to the above documents and materials, I carried out a walkthrough of the live Noom.com sign up journey on Saturday 21st November 2020.

# 3.0 Evaluation of the Noom.com sign up journey

## 3.1 Overview

I carried out a preliminary analysis of the Noom, Inc. sign-up experience to identify if any Dark Patterns (*i.e.*, deceptive or manipulative design practices) were employed.

The analysis revealed the presence of numerous Dark Patterns. To summarize:

- **Noom uses the Hidden Subscription Dark Pattern in the trial sign up journey.** Exhibit B shows a total of 58 steps in the sign up user journey. The first 57 steps of those steps do not mention anything about automatic enrollment in a recurring, non-refundable premium subscription. This information is hidden on step #58, the payment page (NOOM00000088).
- **Noom uses the Trick Wording and Visual Interference Dark Patterns on its payment page.** On this page, text reads "You'll only be charged $10 for your 14 day trial,"[1] "No commitment - cancel any time" and "RISK FREE 100% GUARANTEED." These statements are untrue and will reasonably lead users to believe they are only signing up for a trial, and not being auto-enrolled into a recurring, non-refundable premium subscription. Near the bottom of the page, there is some text in a gray box. This is the only place in the sign-up steps where premium subscription auto-enrollment is mentioned. This text is not prominent by design. It is not highlighted with a heading or subheading, nor is the user required to click a checkbox or radio button. Having read the untrue statements, users would have no reason to read the text in the gray box and therefore may reasonably skip past it, unaware of the auto-enrollment agreement.
- **Noom uses the Deceptive Countdown Timer Dark Pattern on its payment page.** The payment page has a countdown timer that is fake and serves no technical purpose. It serves to add psychological pressure to the user. This means they will read less content

[1] The exact charge for and duration of the trial varies.

on the page and engage in less thorough critical reasoning, making them more prone to miss the information in the gray box regarding the auto-enrollment agreement.

- **Noom uses delay tactics to add Mental Fatigue in the first 57 steps of the sign up journey.** In two places, Noom added an artificial delay to make it look like the system is working (*e.g.*, "connecting to a database" or "building plan") when in fact it is not. These delays serve to add mental fatigue. In a similar way, the sheer number of steps serve to add further mental fatigue. This will frequently lead users to spend less time and effort critically evaluating the information presented on the payment page.
- **Noom uses the Trick Wording Dark Pattern in showing users their weight loss goal date becoming progressively nearer.** In the sign up journey, there are three similar steps where the user is shown a projected weight loss goal and date. Each time the user is shown their goal and date, it is depicted as becoming nearer in time. No information is provided regarding the underlying predictive model, nor the probability of the goal and date being attained. The sentence fragment "Based on your answers" used on these pages is trick wording—it appears to be intended to mean 'based on your answers alone without considering all other factors.' In reality, there will be many other factors (*e.g.*, biological, psychological and situational) that will determine their actual weight on the given future date. This design is deceptive and will frequently give users a tantalizing sense of anticipation and desire to complete the process. This desire will frequently make users impatient and, combined with the mental fatigue, will lead them to spend less time and effort critically evaluating the payment page.

All of these Dark Patterns work together to create a situation where a reasonable user might have no idea that by signing up for a free or low-cost trial, they are being automatically enrolled in a recurring, non-refundable premium subscription that will be charged in advance, as soon as the trial period ends.

## 3.2 Method

Plaintiffs' Counsel provided me with a PDF document containing most steps of the Noom.com sign up journey as captured in mid-September 2020 by Noom's defense counsel (NOOM00000031–88). I analyzed each step in the provided document for any aspects of the designs that appeared to be potentially manipulative or deceptive (*i.e.*, parts that appeared to employ Dark Patterns). This analysis is written up in the findings section below.

In addition to this, I carried out a walkthrough of the Noom.com sign up journey on 21 November 2020, to ensure a good understanding of all aspects of the user experience (*e.g.*, timers, animations and branching logic). I observed some differences between this version of the journey and the screenshots of the steps provided (NOOM00000031–88):

- I noticed that the homepage was excluded from NOOM00000031–8, so I added it to the sequence of steps that I considered (appearing before NOOM00000031). *See* Ex. B. at 1.
- I noticed an additional page that appears between NOOM00000044 and NOOM00000045. I added this page to the sequence of steps that I considered. *See* Ex. B at 16.
- I found NOOM00000084 and NOOM00000085 to be the same step included twice erroneously, so I removed NOOM00000084 from my consideration.
- I noticed that page NOOM00000033 is actually two steps presented as one. However, since the second step is not presented to all users (it is gender-specific), I have left NOOM00000033 presented as a single step. *See* Ex. B at 4.

To avoid any confusion with the total number of steps and sequencing of steps, I provide Exhibit B. This consists of NOOM00000031–88 with the addition of the changes described above. A revised numbering of the steps is provided to ensure coherency. For example, NOOM00000031 is referred to as "Step #2" in Exhibit B and throughout this report.

I carried out an expert analysis of the information provided by Plaintiffs' Counsel and my direct experience of the Noom.com user experience, and describe my findings in the next section.

## 3.3 Findings

### 3.3.1 Noom uses the Hidden Subscription Dark Pattern in the trial sign up journey

According to Exhibit B (introduced in section 2.0), there are 58 steps in the sign-up user journey. Analysis showed that only the very last step (step #58, NOOM00000087–88) provided any information that signing up for the trial also includes agreeing to a premium subscription that will automatically be charged at the end of the trial, and will recur in an ongoing manner. While step #56 (NOOM00000085) mentions a "2-Month Personalized Course" and a "Price after trial," it provides no clear indication that the user will be charged automatically after the trial period, and that said charge will also automatically recur. The fact the auto-enrollment is only mentioned on the final step of a 58 step process is indicative that this key information is hidden. By definition, this makes it possible for many users to proceed through 57 of the 58 steps without having any expectation that when they eventually reach and proceed through the trial sign up page, they are actually agreeing to be automatically enrolled in a premium subscription. In this respect, it is deceptive, and can be considered an instance of the **Hidden Subscription** Dark Pattern (Mathur et al., 2019). A more transparent design would clearly state the nature of the auto-enrollment premium subscription offer on the first page and at other points throughout the journey to ensure that prospective customers know what they are getting themselves into before they give time and effort into the process.

Further, even though the final step of the journey provides information about a recurring premium subscription, this information is designed in a way that makes it easy to overlook.

### 3.3.2 Noom uses the Trick Wording and Visual Interference Dark Patterns on its payment page

An excerpt of the noom.com payment page is shown in figure 2, below.




**Figure 2: The final step of the Noom.com sign-up journey (Bottom of Step #58, NOOM00000088)**

This step (figure 2) contains two untrue and deceptive statements that fall under the category of **Trick Wording.** At the top left of figure 2, text reads "You'll only be charged $10 for your 14 day trial."[2] This is not true—in fact, by signing up for the trial, consumers are agreeing to a premium, recurring subscription that is charged as soon as the trial period ends. Lower down on the page, near the "Submit" button is the statement "No commitment - cancel any time." This is also untrue and deceptive. There is a commitment and the user cannot cancel any time if they wish to avoid paying for an unwanted service. If they wish to avoid payment, they must do so before the end of the trial, otherwise they will pay and the amount is non-refundable (*see infra* figure 8 for evidence that the fee is non-refundable). Nearby there is an image of a green badge that reads "RISK FREE 100% GUARANTEED." In a similar way, this is manipulative as it implies the user is not about to be tied into an agreement for a recurring subscription.

At the very bottom of this page, the user is shown some text in a gray box. This is the only place in the entire user journey where the user is told that by signing up to the trial, they are also agreeing to a premium recurring subscription. This text is not prominent by design, and is an instance of the **Visual Interference** Dark Pattern. No headings or subheadings are used to increase the visual prominence of this message. No warning colours or labels are used. The use of black text on a gray background serves to reduce the text contrast, making it slightly harder to read. Most other text is on a white background, giving higher text contrast. The content is not presented separately on its own page, but is presented on the lower portion of the payment page, providing visual noise around it and distracting the user's attention away from it. Furthermore, the user is not required to click a checkbox or radio button to indicate that they understand they are entering an agreement for a recurring subscription. In other words, it is a **Hidden Subscription** that users frequently will not notice.

---

[2] The exact charge for and duration of the trial varies.

### 3.3.3 Noom uses the Deceptive Countdown Timer Dark Pattern on its payment page

The payment page has a countdown timer shown prominently at the very top of the page, depicted in figure 3 below (not shown in figure 2 due to cropping).




**Figure 3: The Deceptive Countdown Timer Dark Pattern at the top of the noom.com payment page (Step #58, NOOM00000087; *see also* Step #56, NOOM00000085)**

This timer is fake and serves no technical purpose. If the user presses their browser's refresh button, the timer resets to 15 minutes. If the timer runs out, the user is still able to complete the purchase—the timer just sits at 00:00. This means that it meets the definition of the **Deceptive**

**Countdown Timer Dark Pattern** (Mathur et al., 2019).

Instead of having a technical function, the purpose of this **Deceptive Countdown Timer** is to add psychological pressure to the user. The timer will frequently make users feel rushed and flustered. This means they will read less content on the page and engage in less thorough critical reasoning about the information presented to them. As a result, they will frequently skip over all of the text in the gray box (which is relatively low prominence) and instead rely on the higher prominence **Trick Wording** statements that are deceptive: “You’ll only be charged $10 for your 14 day trial” and “No commitment - cancel any time.” As a result, users may reasonably misunderstand the nature of the agreement when they click the “Submit” button.

It is also notable that the final page in the process involves the sudden high pressure rush to finish, at the only moment that the premium subscription is disclosed in any manner, while there was no rush at all in any of the 57 previous pages. In fact, in these earlier steps numerous techniques are used to slow down and add **Mental Fatigue**, as described in the following section.

### 3.3.4 Noom uses delay tactics to add Mental Fatigue in the first 57 steps of the sign up journey

When I carried out the walkthrough of the Noom.com user journey on 21 November 2020, I found an extra step (Step #16) between NOOM00000044–45. It is shown in figure 4, overleaf.




**Figure 4: a fake progress bar appears on step #17 (between NOOM00000044–45)**

This step (figure 4) contains a progress bar that makes the user wait for a time as it grows. The label states "connecting to database" and then "preparing results."

I carried out an investigation of this page and found that the timer and labels are faked. In other words, nothing is "connecting to a database" or "preparing results." This is provable because the page can be skipped. If, on the prior page, the user does not provide an answer and instead goes directly to the URL https://www.Noom.com/#/survey/email, they skip the progress bar page and go directly to the next page, which is for email address collection. The website works properly if the user does this. The fact that the user can skip the progress bar page (figure 3) without any effect on the sign-up process proves that it is fake and serves no system function.

Instead, the fake progress bar, timer and labels serve a function of psychological manipulation. It causes the user to spend unnecessary time during the sign up flow. Since humans have a finite attention span and energy levels, this will frequently cause users to begin to suffer from mental fatigue, leading them to spend less time and effort critically evaluating the information presented on the final page (shown in figure 2).

Another page that uses an artificial delay is step #34, shown in figure 5 below.




**Figure 5: Step #34 in the noom.com sign up journey uses an artificial delay (NOOM00000062)**

This page is presented on a timer, forcing the user to look at promotional information while they wait for a few seconds. A message appears on-screen that states "building plan..." but in fact nothing is happening behind the scenes—it is an artificial delay. The delay is demonstrably fake, because the step can be skipped by simply entering the URL of the next page (https://www.noom.com/purchase/en/option_m_20200929/?route=_direct#/createAccount/infoMap), with no effect on the outcome. Again, this will frequently cause users to experience additional mental fatigue.

In steps #52, #53 and #54, the user is also shown progress bars labelled "Updating Body Type Parameters.." (see figure 6), "Building Habit Profile.." and "Charting Best Fit Plan.." Each progress bar takes a few seconds to pass across the screen before the user can proceed onto the next question.




**Figure 6: Step #52 in the noom.com sign up journey (NOOM00000080) uses progress bars that add delay (pictured above the white box).**

Although I was not able to verify that these progress bars were faked like the others previously mentioned, it is possible that they might be.

The sheer number of steps involved in the sign-up journey is also noteworthy. It is common for survey designers to group related questions together into pages. For example, a typical survey might have one page containing a dozen questions titled "Personal details." Instead of grouping the questions, the noom.com website typically shows one question per page, meaning that the user has to not only click the answer to the question but then click the "next" or "continue"

button to get onto the next page. This substantially increases the amount of clicking that users have to do, which adds to mental fatigue among users.

It is commonly known in the design industry that too much mental fatigue in a user journey can cause users to give up (as evidenced by the hundreds of articles that can be found when searching the web for terms such as "fatigue and conversion rate"). To overcome their fatigue, users must have sufficient desire to press on through the user journey. As such, Noom entices users to proceed through the user journey despite the fatigue by showing enticing promotional messages. In fact, some steps do not contain any survey questions at all, and instead serve to show a single promotional message:

- Step #6 (NOOM00000035): "Noom creates long-term results through habit and behavior change, not restrictive dieting."
- Step #10 (NOOM00000039): "Sticking to a plan can be hard, but Noom makes it easy."
- Step #35 (NOOM00000063): "You're in good hands. You're not alone, we've helped 1,534,268 people successfully lose weight."
- Step #50 (NOOM00000078): "Articles in several medical journals describe the results that Noom users have achieved."

These messages serve to balance the mental fatigue with information that increases the user's desire to complete the process. In other words, users will frequently become both mentally fatigued and impatient.

In addition to these promotional messages, the website entices users forward through the process by showing their weight loss goal date becoming progressively nearer. However, this is done in a deceptive way by using the **Trick Wording** Dark Pattern, as detailed in the next section.

### 3.3.5 Noom uses the Trick Wording Dark Pattern in showing users their weight loss goal date becoming progressively nearer

During the journey, there are three similar steps where the user is shown a line graph of their weight on the Y axis and time on the X axis. These are steps #18, #24 and #33, shown left-to-right in figure 7 below.




**Figure 7: a series of misleading weight loss goal statements (left to right: steps #18, #24 and #33)**

On each of these three pages, the user is shown a weight loss goal and a date. Above the weight loss goal and date, each page reads "Based on your answers"—for example, "Based on your answers you'll be 112 lbs by December 25." This is presented as a statement of fact, but the phrase "Based on your answers" employs the **Trick Wording** Dark Pattern. The phrase "[b]ased on your answers" appears to be shorthand for 'based on your answers *alone*,' that is, without considering all real world factors that will affect the user's weight loss in real life. After all, not every user is guaranteed to reach that exact weight on that exact date. A more transparent wording would include a statement such as "Your weight may go up as well as down and weight loss is not guaranteed." A more transparent wording would also include an explanation of where the weight and date figures come from, or how they are calculated. The design reveals nothing about the reliability of the predictive model, nor the probability of the goal occurring.

A few steps later (#24, middle panel of figure 7), the user is shown the same sort of graph again. Here, the user's weight loss goal date has been moved forward to be sooner. This same pattern occurs again a few steps later (#33, right hand panel of figure 7), where the weight goal is moved even sooner.

To analyze the mechanics of these weight loss goal predictions, I tried registering on Noom.com with three different personas, each with very different physiologies. This is shown in table 3 below. This analysis showed that chart 2 was always 16 days sooner than chart 1; and chart 3 was always 40 days sooner than chart 1, regardless of the user's age, height, weight, weight loss goal or any other questions that the user responded to.

| | **Chart 1**<br>(equivalent to Step #18) | **Chart 2**<br>(equivalent to Step #24) | **Chart 3**<br>(equivalent to Step #33) |
|---|---|---|---|
| **Young healthy 20 year old female** seeking minor weight loss.<br>(5'11" tall, 180 lbs seeking to lose 10 lbs) | 170 lbs by March 3 | 170 lbs by Feb 15<br>(16 days sooner) | 170 lbs by January 22<br>(40 days sooner) |
| **Unhealthy 55 year old male** seeking major weight loss.<br>(5' tall, 215 lbs seeking to lose 85 lbs) | 130 lbs by August 31 | 130 lbs by August 15<br>(16 days sooner) | 130 lbs by July 22<br>(40 days sooner) |
| **Very obese 76 year old female** seeking major weight loss.<br>(6'2" tall, 400 lbs seeking to lose 200 lbs) | 320 lbs by August 31 | 320 lbs by August 15<br>(16 days sooner) | 320 lbs by July 22<br>(40 days sooner) |
| **Screenshots provided by Noom** (see figure 7, user details not provided) | 112 lbs by December 25 | 112 lbs by December 19<br>(16 days sooner) | 112 lbs by November 15<br>(40 days sooner) |

**Table 3: three different personas were input to Noom.com. All were given the same timeline of weight loss goal dates, regardless of answers given.**

The exact predictive model at work in steps #18, #24 and #33 cannot be deduced, since the Noom website is a closed source "black box" and it is possible that there are some inputs that give different outputs.

Regardless of the underlying mathematics, the effect on the user is one of psychological manipulation. Based on the evidence above, it seems to always take 16 days and then 40 days off the originally projected weight loss goal date for everyone, regardless of their questionnaire answers.

This progressive shortening of the period purported to be necessary to lose weight will frequently cause users to feel a tantalizing sense of anticipation and desire to complete the process. Combined with the mental fatigue described in previous steps, users will frequently arrive on the final, deceptive payment page feeling tired and impatient. This creates a situation where users are less likely to read the final payment page thoroughly. This will make them more susceptible to the Dark Patterns used on the payment page, specifically the **Hidden Subscription**, the **Trick Wording**, the **Visual Interference** and the **Deceptive Countdown Timer**.

All of these Dark Patterns together work to create a situation where users will frequently have no idea that by signing up for a free or low-cost trial, they are being automatically enrolled in a recurring, non-refundable premium subscription that will be charged in advance, as soon as the trial period ends.

# 4.0 Evaluation of the Noom cancellation journey

## 4.1 Overview

I carried out a preliminary analysis of the Noom, Inc. cancellation experience to identify if any Dark Patterns were employed. The analysis revealed a number of Dark Patterns. To summarize:

- **Noom uses the Hidden Subscription Dark Pattern during and after the trial period**. It is my understanding that Noom sends five emails after signing up for a trial. Four of the emails do not mention the impending auto-enrollment charges. The fifth email has the

subject line "Your Noom Receipt." Users will reasonably expect this to refer to the trial they just purchased, and they will have no reason to scrutinize the body of the email. Hidden inside the email is some information about the impending auto-enrollment charges. This is the only time Noom sends users any information about fees and charges.

- **Noom uses the Hard to Cancel Dark Pattern.** Noom does not allow users to cancel via channels they may reasonably expect, such as via email, phone or the web. Instead, the user can only do so by messaging their coach in the Noom app's chat log feature. This makes it unnecessarily difficult particularly if the user does not have the app installed.[3]

## 4.2 Method

Two documents were selected as the focus of this analysis. Plaintiffs' counsel provided me with a document containing screenshots of the Noom cancellation journey, as experienced by plaintiff Mojo Nichols (MAHOOD_00001–29). Plaintiffs' Counsel also provided me with the Second Amended Complaint (SAC, filename: 88 – Pls' Second Amended Complaint 11-5-20.pdf) that provides further details of the Noom cancellation journey from other plaintiffs. Further documents were also referred to, as outlined in Section 2.0. My analysis of the information provided, and the findings are described in the subsequent section.

## 4.3 Findings

### 4.3.1 Noom uses the Hidden Subscription Dark Pattern during and after the trial period

In section 3 I described that during the sign-up process Noom does not clearly inform the user that by signing up for the trial they are also signing up to be charged in advance for a recurring,

[3] My understanding is that, until some time after the filing of this lawsuit on May 12, 2020, a user could only cancel via the Noom app. At the time of writing it appears that a new feature has been added to the website, allowing users to cancel their subscription by messaging their coach on the website. This will not be included in this analysis since it appears to represent a post-lawsuit development.

non-refundable subscription.

According to Plaintiff Nichols' documents (MAHOOD_00001–29), Noom is also very unclear about the charges during and after the trial. No efforts are made to clearly warn or explain to users that the trial will come to an end, and that they will be charged.

Shortly after signing up for a trial, Noom, Inc. sends users five emails with the following subject lines:

1. Your Noom trial starts today!
2. You've signed up for Noom, now what?
3. [Consumer], should we be worried? (where "[Consumer]" is this particular user's name)
4. Your Noom Member Benefits
5. Your Noom Receipt

None of these emails have a subject line that refers to the auto-enrollment premium subscription. If a user chooses not to open the emails and just looks at the subject lines, they will be unaware of the auto-enrollment premium subscription. If a user chooses to open emails 1, 2, 3 or 4, they will not find any information whatsoever about the auto-enrollment premium subscription.

Only the fifth email refers to the subscription, but it does so in a hidden way. The subject line of the email is "Your Noom Receipt." Users may reasonably expect this subject line to refer exclusively to the trial they just purchased. This subject line says nothing about the impending automatic charges. As such it is an instance of the **Trick Wording** Dark Pattern. Up to this point, users might reasonably believe the information they read on previous pages (*see supra* section 3.3.2): "RISK FREE 100% GUARANTEED," "You'll only be charged $10 for your 14 day trial" and "No commitment - cancel any time." As such, these users will have no particular reason to open any emails and scrutinize them word-for-word. They will also have no reason to expect to receive information about an auto-enrollment agreement. The design of the email is shown in figure 8, below.



Noom
Your Noom Receipt
To: [redacted]
Reply-To: programsupport@noom.com
August 6, 2019 at 12:01 AM

Noom Inc
229 W 28th St.
New York, NY 10001
www.noom.com

For more information about your account visit: account.noom.com

Order placed on August 6, 2019.

Thanks for signing up for Noom's Healthy Weight program!

Here's a summary of your subscription:

Noom membership: **6 Months**
Special offers: **14-day trial**
Trial start date: **August 6, 2019**
Trial end date: **August 20, 2019**
Payment method: [redacted]
Renewal date: **Automatic renewal every 6 months after Trial end date**

Your 14-day trial will last until **August 20, 2019**. You can cancel anytime before then and will not be charged the total plan amount. No questions asked, no small print.

If you decide Noom is right for you, on **August 20, 2019** you will be charged one payment of **$157.94** (sales tax of $8.94 included) for your **6 month** Noom membership (**$26.32/month**).

Noom will automatically charge your card **$157.94** every **6 months** so you don't lose access to your account. No refunds or credits for partial months. To cancel, simply let your coach know.

**After your 14-day trial ends on August 20, 2019, your subscription fee is non-refundable. See our Refund Policy.**

FAQ

**I have a question about my subscription.**
Check out our handy-dandy Supportal! You can view your subscription details any time at account.noom.com.

**Figure 8: "Your Noom Receipt" email. Source: Second Amended Complaint ¶ 108)**

Only in the body of the email is there any mention of the impending automatic, non-refundable, recurring in-advance charges. Overall, this email design is an instance of the **Hidden Subscription** Dark Pattern. The key information is buried in the body of the email and the subject line does not summarize the true nature of the email.

Even if users do read the email thoroughly, they will be left wondering how to reconcile the contradictory information they were given earlier. When they signed up, they were told "You'll only be charged $10 for your 14 day trial" and "No commitment - cancel any time," but in the email body there is text about an impending charge. As such, they may decide that the

information about the impending charge does not apply to them, since they are on a “no commitment” trial.

This is the only email that Noom sends in relation to charges and subscription. After this email, Noom “goes quiet” and sends the user no further messages about the charges or subscriptions.

This means that users may reasonably be enrolled in the premium subscription while having no idea that this occurred. The overall user journey can be summarized as follows:

1. As described in section 2, users proceed through 58 sign up steps that employ various deceptive Dark Patterns, including **Hidden Subscription**, **Trick Wording**, **Visual Interference**, **Deceptive Countdown Timer** and **Mental Fatigue.**
2. Users reach the final payment step, and due to the use of the Dark Patterns so far, will reasonably believe the deceptive claims on the page: “You’ll only be charged $10 for your 14 day trial,” “No commitment - cancel any time.” They do not notice or do not understand the contradictory text in the gray box (the **Hidden Subscription**). This means users may reasonably get enrolled in the premium subscription while having no idea that this occurred.
3. During the trial, users receive an email with the subject line "Your Noom receipt" email. It uses **Trick Wording** and the **Hidden Subscription** Dark Pattern. Since it does not refer to the impending auto-enrollment and prepayment for the premium subscription in the subject line, users may reasonably decide not to open the email, and thus will miss the information within. Those who do open it may not choose to scrutinize it word-for-word since they have no reason to expect new information about the auto-enrolment subscription. And those who do read the email to the end may believe that the information does not apply to them, since they were assured during the sign-up process that they signed up for a trial with “No commitment” and that “You'll only be charged $10 for your 14 day trial.”
4. When the trial ends, Noom silently starts charging users for the subscription on a recurring basis.

5. The charges continue unless the users scrutinize their financial statements or credit card bills or otherwise detect an unexpected charge, such as through overdraft alerts, and proceed to request cancellation by messaging their coach.

It is standard practice for ecommerce services to send users a receipt or order confirmation every time the user has been charged. It is notable that Noom does not do this at any point. This is another instance of the **Hidden Subscription** Dark Pattern.

### 4.3.2 Noom uses the Hard to Cancel Dark Pattern

If users want to cancel their Noom subscription, they will reasonably expect to be able to get in touch with Noom using the same standard channels that they typically use with other ecommerce and digital businesses. For example:

- Email
- Phone number
- Postal address (paper letter)
- Social media (*e.g.*, Twitter, Facebook)

In actual fact, Noom does not permit the user to cancel their subscription via any of the above channels. Also, the Noom website and app do not provide a cancellation button or link in any area that is commonly used in other digital services, websites and apps, for example:

- Account management area
- Billing area
- Subscription area
- User profile area
- Settings area

Based on the documents I have reviewed and Plaintiffs' counsel representations to me, my understanding is that a user could only cancel via the Noom app prior to the lawsuit being filed.

(At the time of writing it appears that a new feature has been added to the website, allowing users to cancel their subscription by messaging their coach on the website. This will not be included in this analysis since it appears to represent a post-lawsuit development.)

Specifically, the only way a user can cancel their subscription is via live chat with their coach, which is only possible via the Noom app. *See* MAHOOD_00020. The impact of this is that users will frequently have to spend time searching to find the means to cancel. This raises the possibility of them giving up and perhaps trying again on a later date, thus increasing the length of the subscription (and the revenue generated by Noom), or believing that a cancellation is not possible or necessary.

It is also notable that users who purchase the trial via the website may not subsequently install the app or that they, as well as those who sign up on the app itself, may download it, try it, and then delete it, believing the trial to be finished. Users who do not have the app installed at the point of wishing to cancel therefore have to download and install it on their mobile device before they are able to do so. This is unnecessarily difficult, given that most other digital services, websites and apps provide a range of ways for users to cancel their subscriptions, as described above.

In all, it is clear that Noom, Inc. employs the **Hard to Cancel** Dark Pattern. It is notable to compare the ease with which users enter into the subscription (which is instantaneous upon buying a free or low-cost trial) versus the difficulty of cancelling (most normal channels are blocked to users and they must spend time and energy working out the permitted route to cancel). This type of design is also known as a **Roach Motel** Dark Pattern (Brignull, 2010) whereby users find it easy to get themselves into a certain situation and then very hard to get themselves out of it.

# 5.0 Summary

The Noom.com website invites users to complete a "psychology-based evaluation"—a multi-step survey where they provide information about themselves. Along the way, numerous Dark Patterns are used that serve to manipulate or deceive users with misleading information, and to create fatigue and impatience through the effort and duration needed. When the user reaches the final step of the evaluation, they are invited to sign up for a low-cost trial. On this page there is a diminutively placed gray box of text, which is the only place in the entire 58 step journey where it is stated that by signing up for the low-cost trial, the member is also signing up for a premium recurring, non-refundable subscription that is charged in advance at the end of the trial period. The design and placement of this information in the 58 step journey serves to effectively hide it from the user. Elsewhere on the same page are two untrue statements that are prominently placed and easier for the user to notice than the text in the gray box: "No commitment, cancel anytime" and "You'll only be charged $10 for your 14 day trial." As a result, it is reasonable that users will read these untrue statements, come to the conclusion that they are just signing up for a no risk trial, and then skip past the text in the gray box, thereby not understanding the true nature of the agreement.

Later on, when the low-cost trial ends and the user is automatically enrolled into the premium recurring subscription, Noom uses further Dark Patterns to manipulate and deceive users. Noom "goes quiet" and does not present any information to the user about their recurring subscription via any channel (*e.g.*, not via email, the app, or live chat), allowing the payments to stealthily continue in a manner unlikely to be detected by many users. If the user finally realizes they are paying for a subscription that they did not want, Noom makes it unreasonably hard for them to cancel. The user cannot cancel via most standard channels (*e.g.*, not via website, email or phone). They can only do so by contacting their coach via the Noom live chat feature in the mobile app.

Overall, Noom's design practices can be described as deceptive, and Noom employs various Dark Patterns, namely **Hidden Subscription**, **Trick Wording**, **Visual Interference**, **Deceptive Countdown Timer, Hard to Cancel, and Roach Motel**.

Dated: 14 December 2020

Harry Brignull, PhD, MSc

# References

Arkes, H. R., & Ayton, P. (1999). The sunk cost and concorde effects: Are humans less rational than lower animals? *Psychological Bulletin*, *125*(5), 591–600. https://doi.org/10.1037/0033-2909.125.5.591

Banerjee, A. V. (1992). A Simple Model of Herd Behavior. In *Source: The Quarterly Journal of Economics* (Vol. 107, Issue 3).

Beaty, D. (2006). *The naked pilot : the human factor in aircraft accidents*.

Benson, B., & Manoogian, J. (2016). *The Cognitive Bias Codex*. https://busterbenson.com/piles/cognitive-biases/

Bösch, C., Erb, B., Kargl, F., Kopp, H., & Pfattheicher, S. (n.d.). Tales from the Dark Side: Privacy Dark Strategies and Privacy Dark Patterns. *Proceedings on Privacy Enhancing Technologies, 2016(4),* 237–254. https://doi.org/10.1515/popets-2016-0038

Brignull, H. (2010). *Darkpatterns.org*. https://www.darkpatterns.org

Conti, G., & Sobiesk, E. (2010). Malicious interface design: Exploiting the user. *Proceedings of the 19th International Conference on World Wide Web, WWW '10,* 271–280. https://doi.org/10.1145/1772690.1772719

Ethical Principles of Psychologists and Code of Conduct. (2017). Retrieved December 11, 2020, from https://www.apa.org/ethics/code/ethics-code-2017.pdf

Chivukula, S. S., Brier, J., & Gray, C. M. (2018). Dark intentions or persuasion? UX designers' activation of stakeholder and user values. *DIS 2018 - Companion Publication of the 2018 Designing Interactive Systems Conference.* https://doi.org/10.1145/3197391.3205417

Johnson, E. J., Bellman, S., & Lohse, G. L. (2002). Defaults, Framing and Privacy: Why Opting In-Opting Out. *Marketing Letters*, *13*(1), 5–15. https://doi.org/10.1023/A:1015044207315

Hockey, R. (2011). The psychology of fatigue: Work, effort and control. In *The Psychology of Fatigue: Work, Effort and Control*. Cambridge University Press. https://doi.org/10.1017/CBO9781139015394

Holtzer, R., Shuman, M., Mahoney, J. R., Lipton, R., & Verghese, J. (2011). Cognitive Fatigue defined in the context of attention networks. *Aging, Neuropsychology, and*

*Cognition*, *18*(1), 108–128. https://doi.org/10.1080/13825585.2010.517826

Mathur, A., Acar, G., Friedman, M. J., Lucherini, E., Mayer, J., Chetty, M., & Narayanan, A. (2019). Dark patterns at scale: Findings from a crawl of 11K shopping websites. In *Proceedings of the ACM on Human-Computer Interaction*. https://doi.org/10.1145/3359183

Mittone, L., & Savadori, L. (2009). The Scarcity Bias. *Applied Psychology*, *58*(3), 453–468. https://doi.org/10.1111/j.1464-0597.2009.00401.x

Podestà, S. (2017). *Digital Patterns - a marketing perspective | by Silvia Podestà | Medium*. https://medium.com/@podestyginger/digital-patterns-a-marketing-perspective-4abf1833cc57

Simon, H. A. (1986). Rationality in Psychology and Economics. *The Journal of Business*, *59*(4), S209–S224. http://www.jstor.org/stable/2352757

Sherif, M. (1936). *The psychology of social norms*. Harper & Brothers.

Tversky, A., & Kahneman, D. (1974). Judgment under Uncertainty: Heuristics and Biases. In *New Series* (Vol. 185, Issue 4157).

Tversky, A., & Kahneman, D. (1981). The framing of decisions and the psychology of choice. *Science*, *211*(4481), 453–458. https://doi.org/10.1126/science.7455683

Thaler, R. H., & Sunstein, C. R. (2008). Nudge: Improving decisions about health, wealth, and happiness. In *Nudge: Improving Decisions about Health, Wealth, and Happiness*. https://doi.org/10.1016/s1477-3880(15)30073-6

Zagal, J. P., Björk, S., & Lewis, C. (2013). Dark Patterns in the Design of Games. FDG 2013 - *8th International Conference on the Foundations of Digital Games,* 1(312), 39–46. http://www.fdg2013.org/program/papers/paper06_zagal_etal.pdf