

Aarti Reddy
T: +1 415 693 2103
areddy@cooley.com

VIA CM/ECF

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2021
```

July 15, 2021

Hon. Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

APPLICATION GRANTED

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

Date: July 16, 2021

Re:   Nichols, et al. v. Noom, Inc., et al., No 20-cv-3677

Dear Judge Parker:

Pursuant to the Court's Individual Practices in Civil Cases Rule I.f, Defendants Noom, Inc. and Artem Petakov (collectively, "Noom") write with Plaintiffs' consent to respectfully request a one-week extension of time, until July 28, 2021, for Noom to file its Opposition to Plaintiffs' Motion to Compel Document Production and Responses to Written Discovery Requests. Plaintiffs filed their Motion on July 7, 2021 (ECF No. 366). Noom's response would otherwise be due on July 21, 2021 (ECF No. 361). Noom respectfully submits that the requested extension is necessary given the length and complexity of Plaintiffs' motion, and in light of the Parties' other time-sensitive commitments in discovery, including Noom's latest production of custodial documents on July 15, production of Noom's privilege log on July 28, and five depositions scheduled to take place this month.

Noom further agrees to grant Plaintiffs the same extension of time, until July 28, 2021, to respond to Noom's Motion to Enforce the Protective Order, or in the Alternative, for a Further Protective Order to Preclude Use of Noom's Confidential Information to Contact Absent Putative Class Members. Noom filed this Motion on July 7, 2021 (ECF No. 362). Plaintiffs' response would otherwise be due on July 21, 2021 (ECF No. 361).

Should the Court grant this extension, the Parties' responses to the two discovery motions will be due on July 28, 2021.

This is the first extension request for these two opposition briefs. Plaintiffs had previously requested an extension to file their opening Motion, which this Court granted (ECF No. 361). Plaintiffs consent in this letter motion.

Sincerely,

*/s/ Aarti Reddy*

Aarti Reddy