```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

MOJO NICHOLS, et al.,

                              Plaintiffs,

          -against-

NOOM INC., et al.,

                              Defendants.

----------------------------------------------------------------X

**20-CV-3677 (LGS) (KHP)**

**Order**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the Hon. Lorna G. Schofield's order at ECF No. 406 in the above-captioned action, the August 5, 2021 case management conference is hereby adjourned to Wednesday, August 11, 2021 at 3:45 p.m.  The conference will still take place in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.

      **SO ORDERED.**

Dated: New York, New York
       August 2, 2021

                                                            KATHARINE H. PARKER
                                                           United States Magistrate Judge