UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOJO NICHOLS, et al.,

                           Plaintiffs,         20 Civ. 3677 (LGS)

          -against-                       ORDER

NOOM INC., et al.,

                         Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      For the reasons stated at today's telephonic conference, Defendants' Motion to Dismiss is denied in part and granted in part. The causes of action asserting conversion under New York, Ohio, Texas, Alabama and District of Columbia law are dismissed, and the portion of Plaintiffs' California Unfair Competition Law claim, Count 4, stemming from California's Bot Disclosure Law, Cal. Bus. & Prof. Code § 17941, is dismissed. The motion to dismiss is denied as to all other causes of action.

      The Clerk of Court is respectfully directed to close the motion at Dkt. No. 204.

Dated: August 5, 2021
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE