USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/13/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

NICHOLS, et al.,

                        Plaintiffs,                    **20CV3677 (LGS) (KHP)**

       -against-                      **ORDER ADJOURNING CASE**
                                                      **MANAGEMENT CONFERENCE**

NOOM INC.

                        Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Case Management conference in this matter scheduled for **Thursday, September 2, 2021 at 10:00 a.m.** is hereby adjourned *sine die*.

**SO ORDERED.**

Dated: New York, New York
         August 13, 2021

                                                           _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge