USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

NICHOLS, et al.,

                        Plaintiff,

        -against-

NOOM INC.

                        Defendant.
----------------------------------------------------------------X

20CV3677 (LGS) (KHP)

<u>ORDER SCHEDULING SETTLEMENT CONFERENCE</u>

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Settlement Conference in this matter scheduled for **<u>Friday, September 24, 2021 at 3:00 p.m.</u>**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

    SO ORDERED.

Dated: New York, New York
        September 14, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge