USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ____10/09/2021____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

MOJO NICHOLS, et al.,

                              Plaintiffs,                        **20-CV-3677 (LGS) (KHP)**

              -against-                                          **ORDER ADJOURNING CASE**
                                                                 **MANAGEMENT CONFERENCE**
NOOM INC., et al.,

                              Defendants.

---------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        The Case Management Conference in this matter currently scheduled for **October 14,**

**2021** is hereby adjourned.

        **SO ORDERED.**

Dated: New York, New York
        October 9, 2021

_____
        KATHARINE H. PARKER
        United States Magistrate Judge