USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MOJO NICHOLS, et al.,

                                  Plaintiffs,

           -against-

NOOM INC., et al.,

                                Defendants.

-----------------------------------------------------------------X

**20-CV-3677 (LGS) (KHP)**

**ORDER ADJOURNING CASE**
**MANAGEMENT CONFERENCES**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Case Management Conferences in this matter currently scheduled for **November 4, 2021 and December 2, 2021** are hereby adjourned.

      **SO ORDERED.**

Dated: New York, New York
       October 27, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge