```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/04/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GERALDINE MAHOOD,

                      Plaintiff,                              20CV3677 (LGS) (KHP)

     -against-                              **ORDER SCHEDULING TELEPHONIC**
                                                   **SETTLEMENT STATUS**
NOOM INC.                                             **CONFERENCE**

                      Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic Settlement Status Conference in this matter is hereby scheduled for

<u>**Wednesday, November 10, 2021 at 12:00 p.m.**</u>  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

      SO ORDERED.

Dated: New York, New York
       November 4, 2021

                                                         _____
                                                         KATHARINE H. PARKER
                                                         United States Magistrate Judge