UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GERALDINE MAHOOD,

                                 Plaintiff,             20CV3677 (LGS) (KHP)

            -against-             **ORDER SCHEDULING TELEPHONIC SETTLEMENT STATUS CONFERENCE**

NOOM INC.

                               Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Settlement Status Conference in this matter is hereby scheduled for **Monday, November 22, 2021 at 11:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

       SO ORDERED.

Dated: New York, New York
        November 10, 2021

                                                                    _____
                                                                    KATHARINE H. PARKER
                                                                    United States Magistrate Judge