

**Wittels McInturff Palikovic**

18 Half Mile Road
Armonk, NY 10504

November 15, 2021

**Via ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

11/15/2021

Re:   *Nichols, et al. v. Noom, Inc., et al.*, No. 20 Civ. 3677 (LGS) (KHP)

Dear Judge Parker:

On behalf of Plaintiffs and the proposed Class, we write jointly with Defendants Noom, Inc. and Artem Petakov to request that the Court briefly extend the stay in this matter, which expires today, for an additional thirty (30) days to December 15, 2021.

While the parties continue to work toward finalizing the settlement, both sides agree that a brief extension of the stay in this litigation is necessary to address certain remaining issues. Thus, extending the stay will conserve judicial resources and avoid needless expenditure of the parties' resources on discovery and motion practice. Accordingly, we request that Your Honor further stay this litigation by an additional thirty (30) days until December 15, 2021.

We thank the Court for its attention to this matter and look forward to providing an update on the parties' progress at the telephonic Settlement Status Conference scheduled for November 22, 2021.

Respectfully submitted,

/s/ Jessica L. Hunter
    Jessica L. Hunter

cc: *All counsel of record (via ECF)*