USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GERALDINE MAHOOD,

                           Plaintiff,                      20CV3677 (LGS) (KHP)

        -against-                                      **ORDER SCHEDULING TELEPHONIC <u>SETTLEMENT STATUS CONFERENCE</u>**

NOOM INC.

                           Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Settlement Status Conference in this matter is hereby scheduled for <u>**Friday, December 3, 2021 at 12:00 p.m.**</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

        **SO ORDERED.**

Dated: New York, New York
       November 22, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge