```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NICHOLS, et al.,

                       Plaintiffs,                      20-CV-3677 (LGS) (KHP)

     -against-                             **ORDER GRANTING MOTIONS TO SEAL**

NOOM INC.

                       Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court respectfully requests that the Clerk of Court Grant following open motions to seal on ECF above-captioned case: **ECF # 369, 389, 404, 416, 420, 423, 426, 439, 443, 453, 457 and 461.**

SO ORDERED.

Dated: New York, New York
December 1, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge