USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/03/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

GERALDINE MAHOOD,

                              Plaintiff,                      20CV3677 (LGS) (KHP)

           -against-                          **ORDER SCHEDULING TELEPHONIC**
                                                                                 **SETTLEMENT STATUS**
NOOM INC.                                                           **CONFERENCE**

                              Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic Settlement Status Conference in this matter is hereby scheduled for <u>**Friday, December 10, 2021 at 12:00 p.m.**</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

      SO ORDERED.

Dated: New York, New York
       December 3, 2021

                                                                              _____
                                                                              KATHARINE H. PARKER
                                                                              United States Magistrate Judge