**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

GERALDINE MAHOOD,

                                  Plaintiff,

                 -against-

NOOM INC.

                                 Defendant.
----------------------------------------------------------------X

| |
|---|
| **USDC SDNY** |
| **DOCUMENT** |
| **ELECTRONICALLY  FILED** |
| **DOC #:**_____ |
| **DATE FILED:**  12/17/2021 |

**20CV3677 (LGS) (KHP)**

<u>**ORDER SCHEDULING TELEPHONIC**</u>
<u>**SETTLEMENT STATUS**</u>
<u>**CONFERENCE**</u>

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     A telephonic Settlement Status Conference in this matter is hereby scheduled for

<u>**Wednesday, January 5, 2022 at 5:00 p.m.**</u>  Counsel for the parties are directed to call Judge

Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code:**

**4858267.**

         **SO ORDERED.**

Dated: New York, New York
        December 17, 2021

_____

KATHARINE H. PARKER
United States Magistrate Judge