UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GERALDINE MAHOOD,

                              Plaintiff,                            20CV3677 (LGS) (KHP)

          -against-                              **ORDER CONVERTING**
                                                              **SETTLEMENT CONFERENCE TO**
NOOM INC.                                                       **TELEPHONIC**

                              Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Settlement Conference in this matter scheduled for **Friday, January 21, 2022 at 10:00 a.m.** is hereby converted to a telephonic conference. The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time. **A security code will be emailed to counsel by chambers for his proceeding.**

      SO ORDERED.

Dated: New York, New York
       January 6, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge