UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOJO NICHOLS, SUSAN BREWSTER, DUANE DEA, MARYANNE DERACLEO, KAREN KELLY, REBECCA RICHARDS, JENNIFER SELLERS, and STACY SPENCER,<br><br>*Individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiffs,<br><br>v.<br><br>NOOM, INC., ARTEM PETAKOV, and JOHN DOES 1 TO 5,<br><br>Defendants. | No. 20 Civ. 3677 (KHP)<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AND RELATED RELIEF** |

**PLEASE TAKE NOTICE THAT** upon the parties' Class Action Settlement Agreement (the "Settlement Agreement," ECF No. 496-1), the Declaration of Steven L. Wittels in Support of Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement and Related Relief dated June 10, 2022; the accompanying Memorandum of Law dated June 10, 2022; and all other papers and proceedings herein, Plaintiffs Mojo Nichols, Susan Brewster, Duane Dea, Maryanne Deracleo, Karen Kelly, Rebecca Richards, Jennifer Sellers, and Stacy Spencer hereby move this Court under Federal Rule of Civil Procedure 23 and Rule 7.1 of the Local Civil Rules for the United States District Courts for the Southern and Eastern Districts of New York for an Order:

(1) granting final certification to the Class under Federal Rule of Civil Procedure 23, for settlement purposes;

(2) granting final approval of all terms applicable to the Class set forth in the Settlement Agreement;

(3) finding that the court-authorized notice was the best notice practicable under the circumstances;

(4) approving the service award to the Class Representatives;

(5) awarding Class Counsel reimbursement of litigation expenses and attorneys' fees;

(6) approving the parties' proposed final settlement procedure;

(7) incorporating all terms of the Settlement Agreement, including the release; and

(8) dismissing this action with prejudice and entering final judgment.

In support of their Motion, Plaintiffs rely on the accompanying Memorandum of Law and declarations of counsel, and all exhibits annexed thereto.

Dated:  June 10, 2022
        Armonk, New York

Respectfully submitted,

**WITTELS MCINTURFF PALIKOVIC**

By:  /s/ Steven L. Wittels
     Steven L. Wittels
     J. Burkett McInturff
     Tiasha Palikovic
     Steven D. Cohen
     Ethan D. Roman
     Jessica L. Hunter

**WITTELS MCINTURFF PALIKOVIC**
18 HALF MILE ROAD
ARMONK, NEW YORK 10504
Telephone: (914) 319-9945
Facsimile: (914) 273-2563
slw@wittelslaw.com
jbm@wittelslaw.com
tpalikovic@wittelslaw.com
sdc@wittelslaw.com
edr@wittelslaw.com
jlh@wittelslaw.com

*Lead Counsel for Plaintiffs and the Class*

Benjamin F. Johns (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
BFJ@chimicles.com

Alan R. Plutzik
**BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER**, **LLP**
2125 Oak Grove Road, Suite 125
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com

*Co-Counsel for Plaintiffs and the Class*